

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

The Good Shepherd Hospital, Inc. d/b/a
Christus Good Shepherd Medical Center
Longview, Appellant

No. 06-18-00053-CV          v.

Select Specialty Hospital - Longview, Inc.,
Appellee

Appeal from the 71st District Court of
Harrison County, Texas (Tr. Ct. No. 18-
0718). Opinion delivered by Chief Justice
Morriss, Justice Moseley and Justice
Burgess participating.

As stated in the Court's opinion of this date, we find reversible error in the order of the court below. Therefore, we reverse the trial court's order, dissolve the temporary injunction, and remand the matter for further proceedings.

We further order that the appellee, Select Specialty Hospital - Longview, Inc., pay all costs of this appeal.

RENDERED OCTOBER 11, 2018
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk